JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES BEUSHAUSEN,<br><br>Petitioner,<br><br>v.<br><br>HEATHER SHIRLEY,<br><br>Respondent. | Case No. ED CV 21-01922-JVS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: August 12, 2022

_____
JAMES V. SELNA
United States District Judge